UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICO ELECTRICAL CONTRACTOR, INC., and MARSHALL B. WILLIAMS,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF CAMDEN, EUGENE EMENECKER, WILLIAM REVAITIS, JAMES RIZZO, and IRAIDA AFANADOR,<br><br>    Defendants. | HONORABLE NOEL L. HILLMAN<br><br>CIVIL ACTION NO. 13-6353<br><br>**ORDER GRANTING #20 DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**APPEARANCES:**

F. MICHAEL DAILY, JR., LLC
By:  F. Michael Daily, Jr., Esq.
216 Haddon Avenue – Sentry Office Plaza
Suite 106
Westmont, New Jersey 08108
        Counsel for Plaintiffs

WEIR & PARTNERS LLP
By:  Daniel E. Rybeck, Esq.
The Liberty View Building
457 Haddonfield Road, Suite 420
Cherry Hill, New Jersey 08002
        Counsel for Defendants

**HILLMAN**, United States District Judge:

    This matter having come before the Court upon #20 Defendants' Motion for Summary Judgment, the Court having considered the submissions of the parties, and for the reasons stated in the accompanying Opinion,

1

**IT IS** on this 30th day of December, 2015,

**ORDERED THAT:**

    (1)   Defendants' Motion for Summary Judgment (Docket #20) is hereby **GRANTED.**

    (2)   The Clerk of Court is hereby directed to **CLOSE THIS FILE.**

                                            _s/ Noel L. Hillman_____
                                            Noel L. Hillman, U.S.D.J.

At Camden, New Jersey