F. MICHAEL DAILY, JR., LLC
ATTORNEY AT LAW
216 Haddon Avenue • Sentry Office Plaza
Suite 106
Westmont, New Jersey 08108
Telephone No.  (856) 833-0006
Fax No.  (856) 833-1083
Our File #F-2435-13
Attorney for the Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| NICO ELECTRICAL CONTRACTOR, INC., and MARSHALL B. WILLIAMS, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF CAMDEN, EUGENE EMENECKER, WILLIAM REVAITIS, JAMES RIZZO, and IRAIDA AFANADOR, <br><br> Defendants. | CIVIL ACTION NO. 1:13-cv-06353 (JHR-AMD) <br><br> Civil Action <br><br> NOTICE OF APPEAL |

The Plaintiffs', Nico Electrical Contractor, Inc., and Marshall B. Williams, herewith appeals to the United States Court of Appeals for the Third Circuit the order [District Court Document #29] entered in this matter on December 30, 2015, by the United States District Court for the District of New Jersey, granting the

-1-

defendants' motion for summary judgment and dismissing with prejudice the complaint of the Plaintiff.

                    F. Michael Daily, Jr., LLC
                     Attorney for the Plaintiff

                       s/F. Michael Daily, Jr.
        By: _____
                     F. Michael Daily, Jr.

Dated: January 29, 2016